UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MELISSA BAART,**  CASE NO.: 3:16-CV-204-J-HES-PDB

    **Plaintiff,**

v.

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant.**

## NOTICE OF MEDIATION

The Plaintiff, MELISSA BAART, by and through undersigned counsel, hereby files the following Notice of Mediation, and states that the parties have scheduled mediation with Mr. Richard M. Stoudemire, Esq. on:

  Date:  September 13, 2016
  Time:  1:00 p.m.
  Location:  Saalfield, Shad, Stokes, Inclan,
      Stoudemire & Stone, P.A.
      245 Riverside Drive, Ste. 400
      Jacksonville, FL 32202
      (904) 355-3503

in the above-referenced action.

**WHEREFORE,** Plaintiff files this Notice of Mediation with this Honorable Court.

                    Respectfully Submitted,

                    <u>s/ William S. Coffman, Jr.</u>
                    William S. Coffman, Jr., Esquire
                    Florida Bar Number 0188158
                    **COFFMAN LAW**
                    15436 North Florida Avenue
                    Suite 103
                    Tampa, Florida 33613
                    (813) 935-7030
                    (813) 935-72777 fax
                    Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing will be furnished via

CM/ECF and email to:

Kristina B. Pett, Esquire
**PETT FURMAN P.L.**
2101 NW Corporate Blvd., Ste. 316
Boca Raton, FL 33431
(561) 982-8985 facsimile
kpett@pettfurman.com
Trial Counsel for Defendant

Jack L. Townsend, Sr., Esquire
**LAW OFFICE OF JACK L. TOWNSED, SR., P.A.**
6408 E. Fowler Ave.
Tampa, FL 33617
(813) 914-7367 facsimile
Mediator

This 23rd of June, 2016.

                                           s/ William S. Coffman, Jr.
                                           William S. Coffman, Jr., Esquire
                                           Florida Bar Number 0188158
                                           **COFFMAN LAW**
                                           15436 North Florida Avenue
                                           Suite 103
                                           Tampa, Florida 33613
                                           (813) 935-7030
                                           (813) 935-72777 fax
                                           Trial Counsel for Plaintiff