UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELISSA BAART,

    Plaintiff,

v.                                              CASE NO. 3:16-cv-204-J-20PDB

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action.  Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| COFFMAN LAW | PETT FURMAN, PL |
| Attorney for Plaintiff | Attorneys for Defendant |
| 15436 N. Florida Ave., Ste. 103 | 2101 N.W. Corporate Blvd., Ste. 316 |
| Tampa, FL 33613 | Boca Raton, FL 33431 |
| (813) 935-7030 | (561) 994-4311 |
| (813) 935-7277 fax | (561) 982-8985 fax |
| | |
| By:___s/William S. Coffman Jr. | By:___s/Kristina B. Pett |
|     William S. Coffman Jr., Esq. |     Kristina B. Pett, Esq. |
|     Fla. Bar No. 188158 |     Fla. Bar No. 0973688 |
|     erisa@benefitsdenied.com |     kpett@pettfurman.com |
| | |
| Dated:  July 20, 2016 | Dated:  July 20, 2016 |