UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MELISSA BAART,**

    **Plaintiff,**

**v.**                                                **Case No. 3:16-cv-204-HES-PDB**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

    **Defendant.**

_____/

**ORDER**

Before the Court is the parties' "Stipulation of Dismissal with Prejudice" (Doc. 14, filed July 20, 2016). Pursuant to Federal Rule of Civil Procedure 41, the parties stipulate to the dismissal of this action with prejudice, with each party to pay its own attorney's fees and costs.

Accordingly, it is hereby **ORDERED**:

1. The above-styled case is **DISMISSED with prejudice**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2016.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
William S. Coffman, Jr., Esq.
Kristina B. Pett, Esq.